Form 148 – ntcdsmcs

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 15–29229–JKS
Chapter: 13
Judge: John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Annette Rivera
   aka Annette RiveraDunston
   181 Manchester Avenue
   Paterson, NJ 07502

Social Security No.:
   xxx–xx–1584

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

   NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 7/18/18.

   Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

Dated: July 18, 2018
JAN: zlh

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                          Case No. 15-29229-JKS
Annette Rivera                                                  Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin          Page 1 of 6          Date Rcvd: Jul 18, 2018
                             Form ID: 148          Total Noticed: 183


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 20, 2018.
```
db          +Annette Rivera,   181 Manchester Avenue,   Paterson, NJ 07502-1705
cr          +Aldridge Pite, LLP,   4375 Jutland Drive,   Suite 200,   PO Box 17933,
             San Diego, CA 92177-7921
lm          +Faye Financial,   440 s La Salle St. #2000,   Chicago, IL 60605-1016
cr          +Specialized Loan Servicing LLC, as servicing agent,   C/O Buckley Madole, P.C.,
             99 Wood Avenue South, Suite 803,   Iselin, NJ 08830-2713
515788992   +AES,   PO Box 2461,   Harrisburg, PA 17105-2461
515788989   +Acs/Bank Of America,   Attn: Claims Department,   PO Box 9400,   Wilkes-Barre, PA 18773-9400
515788990   +Acs/Bank Of America/Education Services,   501 Bleecker Street,   Utica, NY 13501-2401
515788991   +Aes,   PO Box 61047,   Harrisburg, PA 17106-1047
515788996    Bank of America,   PO Box 220411,   Greensboro, NC 27420
515788998    Bank of America,   PO Box 3092,   Utica, NY 13504
515789091  ++CITIBANK,   PO BOX 790034,   ST LOUIS MO 63179-0034
            (address filed with court:  Home Depot Credit Services,   PO Box 6029,   The Lakes, NV 88901)
515789011   +Capital One Auto,   401 West A Street,   Suite 1000,   San Diego, CA 92101-7930
515789021   +Chase Bankcard Center,   PO Box 29022,   Phoenix, AZ 85038-9022
515789022    Chase Bankcard Services,   150 University Drive G2-8,   Scottsdale, AZ 85251
515789029   +Citibank/The Home Depot,   Citicorp Credit Services,   PO Box 790040,
             Saint Louis, MO 63179-0040
515789034   +Citicorp Credit Services,   4600 Houston Rd.,   Florence, KY 41042-4820
515789036   +City of Passaic,   Attn: Tax Assessor,   330 Passaic Street,   Passaic, NJ 07055-5815
515789037   +City of Paterson,   Attn: water / sewer department,   155 Market Street,
             Paterson, NJ 07505-1417
515789039    City of Paterson,   Attn: Tax Collector,   Main Floor, City Hall,   Paterson, NJ 07505
515789038   +City of Paterson,   125 Ellison Street,   4th Floor,   Paterson, NJ 07505-1310
515789042   +Comenity Capital Bank,   35A Rust Lane,   Boerne, TX 78006-8202
515789048   +Department Of Education,   Attn: Claims Dept.,   PO Box 9400,   Wilkes Barr, PA 18773-9400
515789051   +Department Of Education/Navient,   Attn: Claims Dept,   PO Box 9400,
             Wilkes Barr, PA 18773-9400
515789067    ER Solutions,   1070 Hmmerly Blvd.,   #200,   Houston, TX 77043
515789070   +EZ Pass,   PO Box 52005,   Newark, NJ 07101-8205
515789071   +EZ Pass,   NJ Service Center,   375 McCarter Highway,   Newark, NJ 07114-2563
515789074   +EZ Violations Bureau,   PO Box 52005,   Newark, NJ 07101-8205
515789075   +Fay Financial,   939 W North Avenue,   Chicago, IL 60642-7138
515789078  #+Fay Servicing Llc,   939 W North Avenue,   Chicago, IL 60642-8029
515789079    GE Money Bank,   PO Box 98143,   El Paso, TX 79998
515789083   +Glhegc,   2401 International Lane Dept 17,   Madison, WI 53704-3121
515855471   +HESAA,   PO Box 547,   Trenton, NJ 08625-0547
515789096   +HSBC Auto Finance / Santander,   6602 Convoy Court,   San Diego, CA 92111-1009
515789087   +Hessa,   PO Box 528,   Newark, NJ 07101-0528
515789086   +Hessa,   PO Box 548,   Trenton, NJ 08625-0548
515789088   +Hessa - Higher Education of NJ,   PO Box 548,   Trenton, NJ 08625-0548
515789089    Home Depot,   PO Box 9100,   Des Moines, IA 50368
515789098   +Kay Jewelers,   PO Box 1799,   Akron, OH 44309-1799
515789099   +Kay Jewelers/Sterling Jewelers Inc.,   Attn: Bankruptcy,   PO Box 1799,   Akron, OH 44309-1799
515789113  ++NISSAN MOTOR ACCEPTANCE CORPORATION,   LOSS RECOVERY,   PO BOX 660366,   DALLAS TX 75266-0366
            (address filed with court:  Nissan,   Attn: Bankruptcy,   PO Box 371491,   Pittsburg, PA 75266)
515789117   +NJ Higher Education,   Hesaa Attn: Bankruptcy Department,   PO Box 548,
             Trenton, NJ 08625-0548
515789118   +NJ Higher Education,   PO Box 543,   Trenton, NJ 08625-0543
515789110   +New Jersey HIgher Education,   PO Box 548,   Trenton, NJ 08625-0548
515789111    New Jersey HIgher Education,   PO Box 528,   Trenton, NJ 08625
515860638    New Jersey Turnpike Authority,   PO Box 5042,   Woodbridge NJ 07095-5042
515789112    Nissan,   18501 South Figueroa Street,   Gardena, CA 90248
515789116   +Nissn Inf Lt,   Pob 660366,   Dallas, TX 75266-0366
515789119    Old Navy,   PO Box 10309,   Roswell, GA 30076
515789131   +PSEG,   PO Box 14444,   New Brunswick, NJ 08906-4444
515789130    PSEG,   PO Box 14104,   New Brunswick, NJ 08906-4104
515789134    PSEG,   PO Box 14106,   New Brunswick, NJ 08906
515789122   +Passaic Valley Water,   1525 Main Avenue,   Clifton, NJ 07011-2195
515789123   +Passaic Valley Water Commission,   PO Box 230,   Clifton, NJ 07015-0230
515789127   +Powers Kirn,   728 Marne Highway,   Suite 200,   PO Box 848,   Moorestown, NJ 08057-0848
515789129   +Powers Kirn LLC,   728 Marne Highway,   Suite 200,   Moorestown, NJ 08057-3128
515789125   +Powers and Kirn Inc.,   728 Marne Highway,   Suite 200,   Moorestown, NJ 08057-3128
515789136   +Salie Mae Servicing,   PO Box 6180,   Indianapolis, IN 46206-6180
516335933   +Specialized Loan Servicing LLC,   8742 Lucent Blvd, Suite 300,
             Highlands Ranch, Colorado 80129-2386
516335934   +Specialized Loan Servicing LLC,   8742 Lucent Blvd, Suite 300,
             Highlands Ranch, Colorado 80129,   Specialized Loan Servicing LLC,
             8742 Lucent Blvd, Suite 300,   Highlands Ranch, Colorado 80129-2386
515789159    The Home Depot,   PO Box 689100,   Des Moines, IA 50368
515789160  #+Tsys Total Debt Management , Inc.,   PO Box 6700,   Norcross, GA 30091-6700
515864504   +U.S. ROF III Legal Title Trust 2015-1,   Fay Servicing, LLC,   939 W. North Avenue, Suite 680,
             Chicago, IL 60642-1231
```

District/off: 0312-2          User: admin              Page 2 of 6              Date Rcvd: Jul 18, 2018
                             Form ID: 148               Total Noticed: 183


515883092    +U.S. ROF III Legal Title Trust 2015-1, by U.S. Ban,   ALDRIDGE PITE, LLP,
              4375 Jutland Drive, Suite 200,   P.O. Box 17933,   San Diego, CA 92177-7921
515789162    +US Department of Education,   Atlanta Service Center,   Atlanta Federal Center Tower,
              61 Forsyth Street SW , Room 19T89,   Atlanta, GA 30303-8928
515789163    +US Department of Education,   National Payment Center,   PO Box 4169,
              Greenville, TX 75403-4169
515789164    +US Department of Education,   National Payment Center,   PO Box 4142,
              Greenville, TX 75403-4142
515789161    +Us Department Of Education,   Attn: Claims Dept,   P0 Box 9400,   Wilkes Barr, PA 18773-9400
515789166    +WA Associates,   P0 Box 2148,   Wayne, NJ 07474-2148

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg           E-mail/Text: usanj.njbankr@usdoj.gov Jul 18 2018 23:51:33     U.S. Attorney,   970 Broad St.,
              Room 502,   Rodino Federal Bldg.,   Newark, NJ  07102-2534
smg          +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jul 18 2018 23:51:31     United States Trustee,
              Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
              Newark, NJ 07102-5235
cr           +EDI: AISACG.COM Jul 19 2018 03:23:00     Ascension Capital Group,   HSBC Auto Finance,
              PO Box 201347,   Arlington, TX 76006-1347
515788987    +E-mail/Text: bknotices@conduent.com Jul 18 2018 23:52:27     ACS Education Services,
              PO Box 7057,   Utica, NY 13504-7057
515788988    +E-mail/Text: bknotices@conduent.com Jul 18 2018 23:52:27     ACS/ College Loan Corporation,
              501 Beecker Street,   Utica, NY 13501-2401
515809187     EDI: AIS.COM Jul 19 2018 03:23:00     American InfoSource LP as agent for,
              T Mobile/T-Mobile USA Inc,   PO Box 248848,   Oklahoma City, OK  73124-8848
515788994    +EDI: BANKAMER.COM Jul 19 2018 03:18:00     BAC,   PO Box 650070,   Dallas, TX 75265-0070
515788995    +EDI: BANKAMER.COM Jul 19 2018 03:18:00     Bank of Ameirca,   P0 Box 53137,
              Phoenix, AZ 85072-3137
515789004    +EDI: BANKAMER.COM Jul 19 2018 03:18:00     Bank of America,   Attn: Recovery Department,
              PO Box 2278,   Norfolk, VA 23501-2278
515789003    +EDI: BANKAMER.COM Jul 19 2018 03:18:00     Bank of America,   PO Box 30770,
              Tampa, FL 33630-3770
515788999     EDI: BANKAMER2.COM Jul 19 2018 03:23:00     Bank of America,   475 Crosspoint Parkway,
              PO Box 9000,   Getzville, NY 14068-9000
515789000     EDI: BANKAMER.COM Jul 19 2018 03:18:00     Bank of America,   PO Box 53132,
              Phoenix, AZ 85072-3132
515789002    +EDI: BANKAMER2.COM Jul 19 2018 03:23:00     Bank of America,   PO Box 9000,
              Getzville, NY 14068-9000
515788997    +EDI: BANKAMER.COM Jul 19 2018 03:18:00     Bank of America,   PO Box 2240,
              Brea, CA 92822-2240
515789006     EDI: CAPITALONE.COM Jul 19 2018 03:23:00     Capital One,   15000 Capital One Dr,
              Richmond, VA 23238
515789008     EDI: CAPITALONE.COM Jul 19 2018 03:23:00     Capital One,   PO Box 85015,
              Richmond, VA 23285-5015
515789032     EDI: CITICORP.COM Jul 19 2018 03:23:00     Citicards,   7920 NW 110th Street,
              Kansas City, MO 64153
515789035     EDI: CITICORP.COM Jul 19 2018 03:23:00     Citicorp Credit Services, Inc.,
              7920 NW 110th Street,   Kansas City, MO 64153
515789009    +EDI: CAPITALONE.COM Jul 19 2018 03:23:00     Capital One,   PO Box 26030,
              Richmond, VA 23260-6030
515789010    +EDI: CAPITALONE.COM Jul 19 2018 03:23:00     Capital One,   PO Box 85147,
              Richmond, VA 23276-0001
515789007    +EDI: CAPITALONE.COM Jul 19 2018 03:23:00     Capital One,   PO Box 85617,
              Richmond, VA 23285-5617
515789005    +EDI: CAPITALONE.COM Jul 19 2018 03:23:00     Capital One,   Attn: Bankruptcy,   P0 Box 30285,
              Salt Lake City, UT 84130-0285
515789012    +EDI: CAPONEAUTO.COM Jul 19 2018 03:23:00     Capital One Auto,   P0 Box 93016,
              Long Beach, CA 90809-3016
515789015    +EDI: CAPONEAUTO.COM Jul 19 2018 03:23:00     Capital One Auto Finance,   PO Box 260848,
              Plano, TX 75026-0848
515789014    +EDI: CAPONEAUTO.COM Jul 19 2018 03:23:00     Capital One Auto Finance,   3901 Dallas Pkwy,
              Plano, TX 75093-7864
515789016    +EDI: CAPONEAUTO.COM Jul 19 2018 03:23:00     Capital One Auto Finance,   3901 N Dallas Parkway,
              Plano, TX 75093-7864
515789013    +EDI: CAPONEAUTO.COM Jul 19 2018 03:23:00     Capital One Auto Finance,   3905 N Dallas Parkway,
              Plano, TX 75093-7892
515848479    +EDI: AISACG.COM Jul 19 2018 03:23:00     Capital One Auto Finance,,
              Attn: AIS Portfolio Services, LP,   4515 N Santa Fe Ave.,   Dept. APS,
              Oklahoma City, OK 73118-7901
515798758    +EDI: AISACG.COM Jul 19 2018 03:23:00     Capital One Auto Finance, a division of Capital On,
              P.O. Box 201347,   Arlington, TX 76006-1347
515839286     EDI: CAPITALONE.COM Jul 19 2018 03:23:00     Capital One Bank (USA), N.A.,   PO Box 71083,
              Charlotte, NC  28272-1083
515789017    +EDI: CHASE.COM Jul 19 2018 03:23:00     Cardmember Services,   PO Box 15153,
              Wilmington, DE 19886-5153
515789018    +EDI: CHASE.COM Jul 19 2018 03:23:00     Chase Bank,   PO Box 15153,   Wilmington, DE 19886-5153
515789020    +EDI: CHASE.COM Jul 19 2018 03:23:00     Chase Bank USA,   P0 Box 15922,
              Wilmington, DE 19850-5922
515789023    +EDI: CHASE.COM Jul 19 2018 03:23:00     Chase Card Services,   Attn: Bankruptcy,   P0 Box 15298,
              Wilmington, DE 19850-5298

```
District/off: 0312-2          User: admin              Page 3 of 6              Date Rcvd: Jul 18, 2018
                             Form ID: 148              Total Noticed: 183


Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
515789024     +EDI: CHASE.COM Jul 19 2018 03:23:00      Chase Card Services,   P.o. Box 15298,
               Wilmington, DE 19850-5298
515789019     +EDI: CHASE.COM Jul 19 2018 03:23:00      Chase bank,    PO Box 659409,
               San Antonio, TX 78265-9409
515789025     +EDI: CITICORP.COM Jul 19 2018 03:23:00      Citibank,   PO Box 6500,
               Sioux Falls, SD 57117-6500
515789028      EDI: CITICORP.COM Jul 19 2018 03:23:00      Citibank,   PO Box 6405,    The Lakes, NV 88901-6405
515789026     +EDI: CITICORP.COM Jul 19 2018 03:23:00      Citibank,   PO Box 6062,
               Sioux Falls, SD 57117-6062
515789027      EDI: CITICORP.COM Jul 19 2018 03:23:00      Citibank,   PO Box 6077,
               Sioux Falls, SD 57117-6077
515789030     +EDI: CITICORP.COM Jul 19 2018 03:23:00      Citibank/The Home Depot,   Po Box 6497,
               Sioux Falls, SD 57117-6497
515789031     +EDI: CITICORP.COM Jul 19 2018 03:23:00      Citicards,   PO Box 6500,
               Sioux Falls, SD 57117-6500
515789033     +EDI: CITICORP.COM Jul 19 2018 03:23:00      Citicards,   PO Box 6077,
               Sioux Falls, SD 57117-6077
515789040     +EDI: WFNNB.COM Jul 19 2018 03:23:00      Comenity Bank,   Attention: Bankruptcy,   P0 Box 182686,
               Columbus, OH 43218-2686
515789041     +EDI: WFNNB.COM Jul 19 2018 03:23:00      Comenity capital,   995 W 122nd Avenue,
               Westminster, CO 80234-3417
515789043     +EDI: CONVERGENT.COM Jul 19 2018 03:23:00      Convergant Outsourcing,   PO Box 9004,
               Renton, WA 98057-9004
515789045     +EDI: RCSFNBMARIN.COM Jul 19 2018 03:23:00      Credit One Bank,   PO Box 98873,
               Las Vegas, NV 89193-8873
515789044     +EDI: RCSFNBMARIN.COM Jul 19 2018 03:23:00      Credit One Bank,   P0 Box 80015,
               Los Angeles, CA 90080-0015
515789046     +EDI: RCSFNBMARIN.COM Jul 19 2018 03:23:00      Credit One Bank Na,   P0 Box 98873,
               Las Vegas, NV 89193-8873
515789047     +EDI: RCSFNBMARIN.COM Jul 19 2018 03:23:00      Credit One Bank Na,   Po Box 98875,
               Las Vegas, NV 89193-8875
515789052     +EDI: NAVIENTFKASMDOE.COM Jul 19 2018 03:23:00      Dept Of Ed/Navient,   Po Box 9635,
               Wilkes Barre, PA 18773-9635
515975569      EDI: ECMC.COM Jul 19 2018 03:23:00      ECMC,   P.O. Box 16408,   St Paul, MN 55116-0408
515789065     +EDI: CONVERGENT.COM Jul 19 2018 03:23:00      ER Solutions,   PO Box 9004,
               Renton, WA 98057-9004
515789066     +EDI: CONVERGENT.COM Jul 19 2018 03:23:00      ER Solutions,   PO Box 9006,
               Renton, WA 98057-9006
515789068     +EDI: CONVERGENT.COM Jul 19 2018 03:23:00      ER Solutions/Convergent Outsourcing, INC,
               P0 Box 9004,   Renton, WA 98057-9004
515789069     +EDI: CONVERGENT.COM Jul 19 2018 03:23:00      ER Solutions/Convergent Outsourcing, INC,
               800 Sw 39th St,   Renton, WA 98057-4975
515789081      EDI: RMSC.COM Jul 19 2018 03:23:00      GEMB,   PO Box 103101,   Roswell, GA 30076
515789082     +EDI: RMSC.COM Jul 19 2018 03:23:00      GEMB,   PO Box 960001,   Orlando, FL 32896-0001
515789080     +EDI: RMSC.COM Jul 19 2018 03:23:00      GEMB,   PO Box 981400,   El Paso, TX 79998-1400
515789092     +EDI: HFC.COM Jul 19 2018 03:18:00      HSBC,   PO Box 5244,   Carol Stream, IL 60197-5244
515789093     +EDI: HFC.COM Jul 19 2018 03:18:00      HSBC,   PO Box 98706,   Las Vegas, NV 89193-8706
515789094     +EDI: HFC.COM Jul 19 2018 03:18:00      HSBC,   PO Box 17051,   Baltimore, MD 21297-1051
515789095     +EDI: DRIV.COM Jul 19 2018 03:23:00      HSBC Auto Finance / Santander,   Santander Consumer USA,
               P0 Box 961245,   Fort Worth, TX 76161-0244
515789097     +E-mail/Text: BKRMailOPS@weltman.com Jul 18 2018 23:51:01      Kay Jewelers,   375 Ghent Rd.,
               Akron, OH 44333-4600
515789100     +E-mail/Text: BKRMailOPS@weltman.com Jul 18 2018 23:51:02
               Kay Jewelers/Sterling Jewelers Inc.,   375 Ghent Road,   Fairlawn, OH 44333-4601
515945901     +EDI: MID8.COM Jul 19 2018 03:23:00      Midland Credit Management, Inc. as agent for,
               Midland Funding LLC,   PO Box 2011,   Warren, MI 48090-2011
515789101     +EDI: NAVIENTFKASMSERV.COM Jul 19 2018 03:23:00      Navient,   P0 Box 9400,
               Wilkes Barr, PA 18773-9400
515789105     +EDI: NAVIENTFKASMSERV.COM Jul 19 2018 03:23:00      Navient,   P0 Box 9500,
               Wilkes Barre, PA 18773-9500
515789102     +EDI: NAVIENTFKASMSERV.COM Jul 19 2018 03:23:00      Navient,   Attn: Claims Dept,   P0 Box 9400,
               Wilkes Barre, PA 18773-9400
515789109     +EDI: NAVIENTFKASMSERV.COM Jul 19 2018 03:23:00      Navient Services,   Attn: Claims Dept,
               P0 Box 9400,   Wilkes Barr, PA 18773-9400
515998869      EDI: NAVIENTFKASMDOE.COM Jul 19 2018 03:23:00
               Navient Solutions, Inc. Department of Education,   Loan Services,   P.O. Box 9635,
               Wilkes-Barre, PA 18773-9635
515789120     +EDI: RMSC.COM Jul 19 2018 03:23:00      Old Navy,   PO Box 981084,   El Paso, TX 79998-1084
515789121     +EDI: RMSC.COM Jul 19 2018 03:23:00      Old Navy,   PO Box 530942,   Atlanta, GA 30353-0942
515866428      EDI: PRA.COM Jul 19 2018 03:23:00      Portfolio Recovery Associates, LLC,   c/o Best Buy,
               POB 41067,   Norfolk VA 23541
515924329      EDI: PRA.COM Jul 19 2018 03:23:00      Portfolio Recovery Associates, LLC,   c/o David's Bridal,
               POB 41067,   Norfolk VA 23541
515789133     +E-mail/Text: bankruptcy@pseg.com Jul 18 2018 23:50:29      PSEG,   PO Box 490,
               Cranford, NJ 07016-0490
515789132      E-mail/Text: bankruptcy@pseg.com Jul 18 2018 23:50:29      PSEG,   PO Box 790,
               Cranford, NJ 07016-0790
```

```
District/off: 0312-2          User: admin              Page 4 of 6              Date Rcvd: Jul 18, 2018
                              Form ID: 148              Total Noticed: 183


Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
515801398        EDI: Q3G.COM Jul 19 2018 03:23:00     Quantum3 Group LLC as agent for,   Sterling Jewelers Inc,
                 PO Box 788,    Kirkland, WA  98083-0788
515789135       +EDI: AISACG.COM Jul 19 2018 03:23:00     Ramsey Law Firm,   P0 Box 201347,
                 Arlington, TX 76006-1347
515789138       +EDI: NAVIENTFKASMSERV.COM Jul 19 2018 03:23:00      Sallie Mae,   PO Box 9533,
                 Wilkes Barre, PA 18773-9533
515789137       +EDI: NAVIENTFKASMSERV.COM Jul 19 2018 03:23:00      Sallie Mae,   1002 Arthur Drive,
                 Lynn Haven, FL 32444-1683
515789139       +EDI: NAVIENTFKASMSERV.COM Jul 19 2018 03:23:00      Sallie Mae Bankruptcy,   220 Lasley Avenue,
                 Wilkes Barre, PA 18706-1430
515789140        EDI: NAVIENTFKASMSERV.COM Jul 19 2018 03:23:00      Sallie Mae Servicing,   PO Box 4600,
                 Wilkes Barre, PA 18773
515789141        EDI: NAVIENTFKASMSERV.COM Jul 19 2018 03:23:00      Sallie Mae Servicing,   PO Box 4700,
                 Wilkes Barre, PA 18773
515789142       +EDI: DRIV.COM Jul 19 2018 03:23:00     Santander Financial Services,   8585 N. Stemmons Freeway,
                 Dallas, TX 75247-3822
515789143       +EDI: DRIV.COM Jul 19 2018 03:23:00     Santander Financial Services,   PO Box 105255,
                 Atlanta, GA 30348-5255
515789144       +EDI: DRIV.COM Jul 19 2018 03:23:00     Santander Financial Services,   PO Box 961245,
                 Fort Worth, TX 76161-0244
515789145       +EDI: RMSC.COM Jul 19 2018 03:23:00     Synchrony Bank,   PO Box 965013,
                 Orlando, FL 32896-5013
515789147       +EDI: RMSC.COM Jul 19 2018 03:23:00     Synchrony Bank/ Old Navy,   Po Box 965005,
                 Orlando, FL 32896-5005
515789146       +EDI: RMSC.COM Jul 19 2018 03:23:00     Synchrony Bank/ Old Navy,   Attention:  GEMB,
                 P0 Box 103104,    Roswell, GA 30076-9104
515789148        EDI: AISTMBL.COM Jul 19 2018 03:18:00      T-Mobile,   PO Box 742596,   Cincinnati, OH 45274
515789149        EDI: AISTMBL.COM Jul 19 2018 03:18:00      T-Mobile Bankruptcy Team,   PO Box 53410,
                 Bellevue, WA 98015
515789150        EDI: AISTMBL.COM Jul 19 2018 03:18:00      T-Mobile Financial,   P0 Box 2400,
                 Young America, MN 55553
515808124       +E-mail/Text: bncmail@w-legal.com Jul 18 2018 23:51:43      TD BANK USA, N.A.,
                 C O WEINSTEIN & RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
515789157        EDI: TDBANKNORTH.COM Jul 19 2018 03:23:00      TD Bank,   PO Box 8400,   Lewiston, ME 04243
515789158        EDI: TDBANKNORTH.COM Jul 19 2018 03:23:00      TD Bank, NA,   PO Box 9547,   Portland, ME 04112
515789152       +EDI: WTRRNBANK.COM Jul 19 2018 03:23:00      Target,   PO Box 660170,   Dallas, TX 75266-0170
515789151       +EDI: WTRRNBANK.COM Jul 19 2018 03:23:00      Target,   3701 Wayzata Blvd.,
                 Minneapolis, MN 55416-3401
515789154       +EDI: WTRRNBANK.COM Jul 19 2018 03:23:00      Target Credit Card (TC),   Po Box 673,
                 Minneapolis, MN 55440-0673
515789153       +EDI: WTRRNBANK.COM Jul 19 2018 03:23:00      Target Credit Card (TC),
                 C/O Financial & Retail Services,   PO Box 9475,   Minneapolis, MN 55440-9475
515789155        EDI: WTRRNBANK.COM Jul 19 2018 03:23:00      Target Credit Services,   Retailers National Bank,
                 PO Box 1581,    Minneapolis, MN 55440-1581
515789156       +EDI: WTRRNBANK.COM Jul 19 2018 03:23:00      Target National Bank,   PO Box 59317,
                 Minneapolis, MN 55459-0317
515789175        EDI: WFFC.COM Jul 19 2018 03:23:00     Wells Fargo Home Mortgage,   8480 Stagecoach Circle,
                 Frederick, MD 21701
515789169        EDI: WFFC.COM Jul 19 2018 03:23:00     Wells Fargo Bank,   PO Box 1225,
                 Charlotte, NC 28201-1225
515789170       +EDI: WFFC.COM Jul 19 2018 03:23:00     Wells Fargo Bank,   Attn: National Asset Recovery,
                 PO Box 701,    Chesterfield, MO 63006-0701
515789171       +EDI: WFFC.COM Jul 19 2018 03:23:00     Wells Fargo Bank,   420 Montgomery Street,
                 San Francisco, CA 94104-1298
515789172        EDI: WFFC.COM Jul 19 2018 03:23:00     Wells Fargo Card Services,   PO Box 10347,
                 Des Moines, IA 50306-0347
515789174       +EDI: WFFC.COM Jul 19 2018 03:23:00     Wells Fargo Home Loans,   1 Home Campus,   X20501-01H,
                 Des Moines, IA 50328-0001
515789173       +EDI: WFFC.COM Jul 19 2018 03:23:00     Wells Fargo Home Loans,   1 Home Campus,
                 Des Moines, IA 50328-0001
515789177       +EDI: WFFC.COM Jul 19 2018 03:23:00     Wells Fargo Home Mortgage,   PO Box 10437,
                 Des Moines, IA 50306-0437
515789176       +EDI: WFFC.COM Jul 19 2018 03:23:00     Wells Fargo Home Mortgage,   5024 Parkway Plaza Blvd.,
                 Charlotte, NC 28217-1962
515789178       +EDI: WFFC.COM Jul 19 2018 03:23:00     Wells Fargo Home Mortgage, Inc.,   One Home Campus,
                 Des Moines, IA 50328-0001
515789179        EDI: WFNNB.COM Jul 19 2018 03:23:00     World Financial Network Bank,   PO Box 659584,
                 San Antonio, TX 78265-9584
515789180       +EDI: WFNNB.COM Jul 19 2018 03:23:00     World Financial Network Bank,   220 W. Schrock Road,
                 Westerville, OH 43081-2873
515789181        EDI: WFNNB.COM Jul 19 2018 03:23:00     World Financial Network National Bank,   PO Box 182125,
                 Columbus, OH 43218-2125
                                                                                                TOTAL: 115
```

```
District/off: 0312-2          User: admin              Page 5 of 6            Date Rcvd: Jul 18, 2018
                              Form ID: 148              Total Noticed: 183


              ***** BYPASSED RECIPIENTS (continued) *****

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty*           +Powers Kirn, LLC,   728  Marne Highway,   Suite 200,   Moorestown, NJ 08057-3128
515789001*     Bank of America,    PO Box 220411,   Greensboro, NC 27420
515789090*     ++CITIBANK,   PO BOX 790034,   ST LOUIS MO 63179-0034
               (address filed with court:  Home Depot Credit Services,   Processing Center,
               Des Moines, IA 50364)
515789049*     +Department Of Education,   Attn: Claims Department,   PO Box 9400,   Wilkes Barr, PA 18773-9400
515789050*     +Department Of Education,   Attn: Claims Department,   PO Box 9400,   Wilkes Barr, PA 18773-9400
515789053*     +Dept Of Ed/Navient,   Po Box 9635,   Wilkes Barre, PA 18773-9635
515789054*     +Dept Of Ed/Navient,   Po Box 9635,   Wilkes Barre, PA 18773-9635
515789055*     +Dept Of Ed/Navient,   Po Box 9635,   Wilkes Barre, PA 18773-9635
515789056*     +Dept Of Ed/Navient,   Po Box 9635,   Wilkes Barre, PA 18773-9635
515789057*     +Dept Of Ed/Navient,   Po Box 9635,   Wilkes Barre, PA 18773-9635
515789058*     +Dept Of Ed/Navient,   Po Box 9635,   Wilkes Barre, PA 18773-9635
515789059*     +Dept Of Ed/Navient,   Po Box 9635,   Wilkes Barre, PA 18773-9635
515789060*     +Dept Of Ed/Navient,   Po Box 9635,   Wilkes Barre, PA 18773-9635
515789061*     +Dept Of Ed/Navient,   Po Box 9635,   Wilkes Barre, PA 18773-9635
515789062*     +Dept Of Ed/Navient,   Po Box 9635,   Wilkes Barre, PA 18773-9635
515789063*     +Dept Of Ed/Navient,   Po Box 9635,   Wilkes Barre, PA 18773-9635
515789064*     +Dept Of Ed/Navient,   Po Box 9635,   Wilkes Barre, PA 18773-9635
515789072*     +EZ Pass Inc.,   PO Box 52005,   Newark, NJ 07101-8205
515789073*     +EZ Pass LLC,   NJ Service Center,   375 McCarter Highway,   Newark, NJ 07114-2563
515789076*     +Fay Financial Inc.,   939 W North Avenue,   Chicago, IL 60642-7138
515789077*     +Fay Financial LLC,   939 W North Avenue,   Chicago, IL 60642-7138
515789084*     +Glhegc,   2401 International Lane Dept 17,   Madison, WI 53704-3121
515789085*     +Glhegc Inc.,   2401 International Lane Dept 17,   Madison, WI 53704-3121
515789114*     ++NISSAN MOTOR ACCEPTANCE CORPORATION,   LOSS RECOVERY,   PO BOX 660366,   DALLAS TX 75266-0366
               (address filed with court:  Nissan Infiniti,   Attn: Bankruptcy,   8900 Freeport Parkway,
               Irving, TX 75063)
515789115*     ++NISSAN MOTOR ACCEPTANCE CORPORATION,   LOSS RECOVERY,   PO BOX 660366,   DALLAS TX 75266-0366
               (address filed with court:  Nissan Infinti Lt,   Attn: Bankruptcy,   8900 Freeport Parkway,
               Irving, TX 75063)
515789103*     +Navient,   Attn: Claims Dept,   PO Box 9400,   Wilkes Barr, PA 18773-9400
515789104*     +Navient,   Attn: Claims Dept,   PO Box 9400,   Wilkes Barr, PA 18773-9400
515789106*     +Navient Inc.,   Attn: Claims Dept,   PO Box 9400,   Wilkes Barr, PA 18773-9400
515789107*     +Navient LLC,   Attn: Claims Dept,   PO Box 9400,   Wilkes Barr, PA 18773-9400
515789108*     +Navient LLC,   Attn: Claims Dept,   PO Box 9400,   Wilkes Barr, PA 18773-9400
515789124*     +Passaic Valley Water Commission Inc.,   PO Box 230,   Clifton, NJ 07015-0230
515789128*     +Powers Kirn , LLC,   728 Marne Highway,   Suite 200,   PO Box 848,   Moorestown, NJ 08057-0848
515789126*     +Powers and Kirn LLC,   728 Marne Highway,   Suite 200,   Moorestown, NJ 08057-3128
515789165*     +US Department of Education,   National Payment Center,   PO Box 4142,
               Greenville, TX 75403-4142
515789167*     +WA Associates,   PO Box 2148,   Wayne, NJ 07474-2148
515789168*     +WA Associates Inc.,   PO Box 2148,   Wayne, NJ 07474-2148
515788993      ##+Associates In Women Health of Central NJ,   67 Walnut Avenue, #101,   Clark, NJ 07066-1644
                                                                        TOTALS: 0, * 36, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 20, 2018                              Signature:   /s/Joseph Speetjens

District/off: 0312-2          User: admin              Page 6 of 6                Date Rcvd: Jul 18, 2018
                              Form ID: 148             Total Noticed: 183

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 18, 2018 at the address(es) listed below:

        Denise E. Carlon    on behalf of Creditor    FV-I, Inc. In Trust for Morgan Stanley Mortgage
        Capital Holdings LLC dcarlon@kmllawgroup.com,   bkgroup@kmllawgroup.com

        Francesca Ann Arcure    on behalf of Creditor    Specialized Loan Servicing LLC, as servicing agent
        for FV-I, Inc. in trust for Morgan Stanley Mortgage Capital Holdings LLC
        NJ_ECF_Notices@McCalla.com,   NJ_ECF_Notices@McCalla.com

        Herbert B. Raymond    on behalf of Debtor Annette  Rivera bankruptcy123@comcast.net,
        jeff.raymond@comcast.net;raymondmail@comcast.net;carol-raymond@comcast.net;bankruptcyattorneys@co
        mcast.net;herbertraymond@gmail.com;carbonell_c@hotmail.com;kdelyon.raymond@gmail.com

        Karen B. Olson    on behalf of Creditor    USROF III Legal Title Trust 2015-1, by U.S. Bank
        National Association, as Legal Title Trustee kbo@kkmllp.com,   nmm@kkmllp.com

        Marie-Ann  Greenberg    magecf@magtrustee.com

        Rebecca Ann Solarz    on behalf of Creditor    FV-I, Inc. In Trust for Morgan Stanley Mortgage
        Capital Holdings LLC rsolarz@kmllawgroup.com

        William M.E. Powers, III    on behalf of Creditor    USROF III Legal Title Trust 2015-1, by U.S.
        Bank National Association, as Legal Title Trustee ecf@powerskirn.com

                                                 TOTAL: 7